IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: JEANETTE L. DELVALLE ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| AMERICAN HONDA FINANCE ) | |
| CORPORATION ) | CASE NO. 21-10448 (AMC) |
| **Moving Party** ) | |
| ) | |
| v.   ) | HEARING DATE: **3-24-21 at 11:00 AM** |
| ) | |
| JEANETTE L. DELVALLE ) | |
| **Respondent(s)** ) | |
| ) | 11 U.S.C. 362 |
| SCOTT F. WATERMAN ) | |
| **Trustee** ) | |
| ) | |

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the motion of American Honda Finance Corporation under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's state court rights in the personal property described as a **2012 Honda CR-V** bearing vehicle identification number 5J6RM4H50CL010866 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:

**Date: March 25, 2021**                                   _____
                                                           UNITED STATES BANKRUPTCY JUDGE