| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 21-10448-AMC**

Jeanette L DelValle
1378 Anchor Street
Philadelphia  PA    19124

Petition Filed Date: 02/24/2021
341 Hearing Date: 03/26/2021
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/22/2021 | $175.00 | | 04/05/2021 | $175.00 | | 04/20/2021 | $175.00 | |
| 05/03/2021 | $175.00 | | 05/19/2021 | $175.00 | | 06/03/2021 | $175.00 | |

**Total Receipts for the Period:  $1,050.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,050.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | SANTANDER CONSUMER USA<br>»» 001 | Unsecured Creditors | $4,251.01 | $0.00 | $0.00 |
| 2 | TD BANK USA NA<br>»» 002 | Unsecured Creditors | $463.95 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $2,314.94 | $0.00 | $0.00 |
| 4 | QUANTUM3 GROUP LLC<br>»» 004 | Unsecured Creditors | $1,769.45 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $693.74 | $0.00 | $0.00 |
| 6 | ASHLEY FUNDING SVCS LLC<br>»» 006 | Unsecured Creditors | $35.11 | $0.00 | $0.00 |
| 7 | ASHLEY FUNDING SVCS LLC<br>»» 007 | Unsecured Creditors | $266.50 | $0.00 | $0.00 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»» 008 | Secured Creditors | $920.52 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $1,187.85 | $0.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $1,434.80 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $1,597.78 | $0.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $1,150.37 | $0.00 | $0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $961.13 | $0.00 | $0.00 |
| 14 | SYNCHRONY BANK<br>»» 014 | Unsecured Creditors | $497.20 | $0.00 | $0.00 |
| 15 | BANK OF AMERICA  N.A.<br>»» 015 | Mortgage Arrears | $8,099.16 | $0.00 | $0.00 |

Chapter 13 Case No. 21-10448-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,050.00 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $89.25 | Total Plan Base: | $15,750.00 |
| Funds on Hand: | $960.75 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.