United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jeanette L DelValle  
    Debtor

Case No. 21-10448-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Mar 09, 2022     Form ID: 155     Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeanette L DelValle, 1378 Anchor Street, Philadelphia, PA 19124-1204 |
| 14585380 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 14588743 | + | American Honda Finance Corporation, c/o William E. Craig, Esquire, 110 Marter Ave, Suite 301, Moorestown, NJ 08057-3124 |
| 14585381 | | Bank of America, P.O. Box 2240, Brea, CA 92822 |
| 14585385 | + | Eos Cca, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 14605603 | | MANUFACTURERS AND TRADERS TRUST COMPANY, c/o Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 14588896 | + | MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14589098 | + | Manufacturers ad Traders Company, c/o Rebecca Solarz, KML Law Group, P.C., 701 Market Street, Suite 5000, Phila., PA 19106-1541 |
| 14585391 | + | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14585396 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14585400 | + | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 14585401 | | Temple Univeristy Physicians, P.O. Box 827783, Philadelphia, PA 19182-7783 |
| 14585402 | | Temple University Hospital, Broad & Ontario Streets, Philadelphia, PA 19140 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14588178 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 09 2022 23:55:00 | American Honda Finance Corporation, 3625 W. Royal Lane #200, Irving, TX 75063 |
| 14585379 | + | Email/Text: EBNProcessing@afni.com | Mar 09 2022 23:55:00 | Afni, Attn: Bankruptcy, Po Box 3097, Bloomington, IL 61702-3097 |
| 14599013 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2022 00:02:08 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14585384 | | Email/Text: megan.harper@phila.gov | Mar 09 2022 23:55:00 | City of Philadelphia, Law Dept Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14601056 | | Email/Text: megan.harper@phila.gov | Mar 09 2022 23:55:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14585382 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2022 00:02:01 | Cbusasears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14585383 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2022 00:02:01 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14585387 | | Email/Text: jill@ffcc.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 09 2022 23:55:00 | First Federal Credit & Collections, 24700 Chagrin Blvd, Suite 205, Cleveland, OH 44122 |
| 14585386 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 09 2022 23:55:00 | Fingerhut, Bankruptcy Dept, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14585388 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Mar 09 2022 23:55:00 | Gateway One Lending & Finance, Attn: Bankruptcy, 160 North Riverview Dr. Ste 100, Anaheim, CA 92808 |
| 14585389 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 09 2022 23:55:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14599012 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2022 00:02:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14585390 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2022 00:02:08 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 14585391 | + | Email/Text: bankruptcy@marinerfinance.com | Mar 09 2022 23:55:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14585392 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 09 2022 23:55:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14585394 | + | Email/PDF: cbp@onemainfinancial.com | Mar 10 2022 00:02:11 | OneMain Financial, Attn: Bankruptcy Department, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 14585397 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 10 2022 00:02:12 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14597674 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 10 2022 00:02:08 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14597693 | | Email/Text: bnc-quantum@quantum3group.com | Mar 09 2022 23:55:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14589562 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 09 2022 23:55:00 | Santander Consumer USA Inc., as servicing agent for Northwest, Federal Credit Union, P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14585399 | + | Email/Text: bankruptcy@sw-credit.com | Mar 09 2022 23:55:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14603191 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2022 00:02:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14589642 | + | Email/Text: bncmail@w-legal.com | Mar 09 2022 23:55:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14585393 | *+ | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14585398 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14601433 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14585395 | ##+ | Paramount Capital Gr, Po Box 409, Conshohocken, PA 19428-0409 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 21-10448-amc    Doc 36    Filed 03/11/22    Entered 03/12/22 00:40:22    Desc Imaged
Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 09, 2022 | Form ID: 155 | Total Noticed: 35 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2022          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Jeanette L DelValle dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK  FSB bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jeanette L DelValle
    Debtor(s)

Chapter: 13

Bankruptcy No: 21−10448−amc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this March 9, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                            Ashely M. Chan
                                            Judge ,
                                            United States Bankruptcy Court