| | |
|---|---|
| Office Mailing Address:<br>Scott F. Waterman, Trustee<br>2901 St. Lawrence Avenue, Suite 100<br>Reading, PA  19606 | Send Payments **ONLY** to:<br>Scott F. Waterman, Trustee<br>P.O. Box 680<br>Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 21-10448-AMC

| | |
|---|---|
| Jeanette L DelValle<br>1378 Anchor Street<br>Philadelphia  PA   19124 | Petition Filed Date: 02/24/2021<br>341 Hearing Date: 03/26/2021<br>Confirmation Date: 03/09/2022 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $175.00 | | 04/20/2021 | $175.00 | | 05/03/2021 | $175.00 | |
| 05/19/2021 | $175.00 | | 06/03/2021 | $175.00 | | 06/21/2021 | $175.00 | |
| 07/06/2021 | $175.00 | | 07/19/2021 | $175.00 | | 08/02/2021 | $175.00 | 8/2/2021 |
| 08/19/2021 | $175.00 | | 09/02/2021 | $175.00 | | 09/20/2021 | $175.00 | |
| 10/04/2021 | $175.00 | | 10/19/2021 | $175.00 | | 11/02/2021 | $175.00 | |
| 11/22/2021 | $175.00 | | 12/06/2021 | $175.00 | | 12/20/2021 | $175.00 | |
| 01/03/2022 | $175.00 | | 01/20/2022 | $175.00 | | 02/02/2022 | $175.00 | |
| 02/22/2022 | $175.00 | | 03/07/2022 | $175.00 | | 03/21/2022 | $175.00 | |
| 04/18/2022 | $175.00 | | 05/05/2022 | $175.00 | | 05/16/2022 | $175.00 | |
| 06/07/2022 | $175.00 | | 06/17/2022 | $175.00 | | 07/06/2022 | $175.00 | |
| 07/18/2022 | $175.00 | | | | | | | |

**Total Receipts for the Period:  $5,425.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $5,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | SANTANDER CONSUMER USA<br>»» 001 | Unsecured Creditors | $4,251.01 | $0.00 | $4,251.01 |
| 2 | TD BANK USA NA<br>»» 002 | Unsecured Creditors | $463.95 | $0.00 | $463.95 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $2,314.94 | $0.00 | $2,314.94 |
| 4 | QUANTUM3 GROUP LLC<br>»» 004 | Unsecured Creditors | $1,769.45 | $0.00 | $1,769.45 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $693.74 | $0.00 | $693.74 |
| 6 | ASHLEY FUNDING SVCS LLC<br>»» 006 | Unsecured Creditors | $35.11 | $0.00 | $35.11 |
| 7 | ASHLEY FUNDING SVCS LLC<br>»» 007 | Unsecured Creditors | $266.50 | $0.00 | $266.50 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»» 008 | Secured Creditors | $920.52 | $140.04 | $780.48 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $1,187.85 | $0.00 | $1,187.85 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $1,434.80 | $0.00 | $1,434.80 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $1,597.78 | $0.00 | $1,597.78 |

**Chapter 13 Case No. 21-10448-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $1,150.37 | $0.00 | $1,150.37 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $961.13 | $0.00 | $961.13 |
| 14 | SYNCHRONY BANK<br>»» 014 | Unsecured Creditors | $497.20 | $0.00 | $497.20 |
| 15 | BANK OF AMERICA  N.A.<br>»» 015 | Mortgage Arrears | $8,099.16 | $1,232.21 | $6,866.95 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,600.00 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $5,122.25 | Arrearages: | $350.00 |
| Paid to Trustee: | $477.75 | Total Plan Base: | $14,350.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.readingch13.com/payments/ for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.