IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jeanette L. DelValle aka Jeanette Morales<br>　　　　　　　　　　Debtor(s)<br><br>MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB<br>　　　　　　　　　　Movant<br>　　　　vs.<br><br>Jeanette L. DelValle aka Jeanette Morales<br>　　　　　　　　　　Debtor(s)<br>Jesus DelValle<br>　　　　　　　　　　Co-Debtor<br><br>Scott F. Waterman<br>　　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 21-10448 AMC<br><br><br><br>11 U.S.C. Section 362 and 1301 |

## CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, Esq., Attorney for Movant, do hereby certify that I caused true and correct copies of the foregoing Motion of MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on August 24, 2022, by first class mail, and/or electronic means upon those listed below:

<u>Debtor(s)</u>
Jeanette L. DelValle aka Jeanette Morales
1378 Anchor Street
Philadelphia, PA 19124
<u>Co-Debtor</u>
Jesus DelValle
1378 Anchor Street
Philadelphia, PA 19124
<u>Attorney for Debtor(s)</u>
David M. Offen, Esq.
601 Walnut Street (VIA ECF)
Suite 160 West Philadelphia, PA 19106
**VIA ECF**

Date: August 24, 2022

<u>Trustee</u>
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
**VIA ECF**

<u>Office of the US Trustee</u>
United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Philadelphia, PA 19106
900 Market Street

/s/ Rebecca A. Solarz, Esquire
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000 Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant