*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Jeanette L DelValle
    Debtor(s)

Case No: 21−10448−amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

***RESCHEDULING NOTICE***
Motion for Relief from Stay re: 1378 ANCHOR STREET, PHILADELPHIA, PENNSYLVANIA 19124. Fee Amount $188.00,, in addition to Motion for Relief from Co−Debtor Stay co−debtor, Jesus DelValle Filed by MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB Represented by REBECCA ANN SOLARZ (Counsel).

on: 9/21/22

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date:  9/8/22

Timothy B. McGrath
Clerk of Court