# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Jeanette L. DelValle<br>aka Jeanette Morales<br><br>                              Debtor(s)<br>MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB<br>                              Movant<br>v.<br>Jeanette L. DelValle<br>aka Jeanette Morales<br>Jesus DelValle, (Co-Debtor)<br>and Scott F. Waterman, Esquire<br>                              Respondents | 21-10448 AMC<br><br>Chapter 13 Proceeding |

23-1183

## ORDER

AND NOW, this 26th day of June, 2024, it is hereby ORDERED AND DECREED that the automatic stay of 11 U.S.C. §362(a) and the co-debtor stay of 11 U.S.C. §1301 are hereby modified to permit, MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB and/or its successors and assigns to proceed with foreclosure on the property located at 1378 Anchor Street, Philadelphia, PA 19124 and obtain all other Relief available under the Non-Bankruptcy law, including, but not limited to the initiation and/or continuation of foreclosure through sheriff sale of the property and ejectment.

Upon the order being granted and entered, MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB shall have the continuing authority to contact the Debtor(s) directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED AND DECREED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED AND DECREED, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

It is further ORDERED that Movant is no longer required to send and/or file the Notices required by Fed. R. Bankr. P. 3002.1.

BY THE COURT:

_____
United States Bankruptcy Judge
Ashely M. Chan

Interested Parties:
Karina Velter
Attorney for Movant

David M. Offen, Esquire
Attorney for Debtor(s)

Jeanette L. DelValle
aka Jeanette Morales
Debtor(s)
Jesus DelValle, (Co-Debtor)

Scott F. Waterman, Esquire
Trustee