| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 21-10448-AMC**

| | |
|---|---|
| Jeanette L DelValle | Petition Filed Date: 02/24/2021 |
| 1378 Anchor Street | 341 Hearing Date: 03/26/2021 |
| Philadelphia  PA   19124 | Confirmation Date: 03/09/2022 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/21/2023 | $175.00 | | 08/28/2023 | $175.00 | | 09/20/2023 | $175.00 | |
| 09/26/2023 | $175.00 | | 10/23/2023 | $175.00 | | 10/26/2023 | $175.00 | |
| 11/21/2023 | $175.00 | | 11/28/2023 | $175.00 | | 12/20/2023 | $175.00 | |
| 02/15/2024 | $175.00 | | 04/25/2024 | $175.00 | | 04/26/2024 | $175.00 | |
| 04/29/2024 | $175.00 | | 05/20/2024 | $175.00 | | 05/28/2024 | $175.00 | |
| 06/21/2024 | $175.00 | | 06/27/2024 | $175.00 | | 07/17/2024 | $1,050.00 | |
| 07/22/2024 | $175.00 | | 07/26/2024 | $175.00 | | | | |

**Total Receipts for the Period: $4,375.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $14,350.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | SANTANDER CONSUMER USA INC<br>»» 001 | Unsecured Creditors | $4,251.01 | $0.00 | $4,251.01 |
| 2 | TD BANK USA NA<br>»» 002 | Unsecured Creditors | $463.95 | $0.00 | $463.95 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $2,314.94 | $0.00 | $2,314.94 |
| 4 | QUANTUM3 GROUP LLC<br>»» 004 | Unsecured Creditors | $1,769.45 | $0.00 | $1,769.45 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $693.74 | $0.00 | $693.74 |
| 6 | ASHLEY FUNDING SVCS LLC<br>»» 006 | Unsecured Creditors | $35.11 | $0.00 | $35.11 |
| 7 | ASHLEY FUNDING SVCS LLC<br>»» 007 | Unsecured Creditors | $266.50 | $0.00 | $266.50 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»» 008 | Secured Creditors | $920.52 | $629.23 | $291.29 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $1,187.85 | $0.00 | $1,187.85 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $1,434.80 | $0.00 | $1,434.80 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $1,597.78 | $0.00 | $1,597.78 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $1,150.37 | $0.00 | $1,150.37 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $961.13 | $0.00 | $961.13 |

**Chapter 13 Case No. 21-10448-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 14 | SYNCHRONY BANK<br>»» 014 | Unsecured Creditors | $497.20 | $0.00 | $497.20 |
| 15 | BANK OF AMERICA N.A.<br>»» 015 | Mortgage Arrears | $11,470.02 | $6,360.33 | $5,109.69 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $850.00 | $850.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,350.00 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $11,589.56 | Arrearages: | $350.00 |
| Paid to Trustee: | $1,272.25 | Total Plan Base: | $19,250.00 |
| Funds on Hand: | $1,488.19 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.