# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **Jeanette L DelValle** | : | No. 21-10448-amc |
| Debtor | : | |

## CERTIFICATION OF NO RESPONSE TO MOTION TO MODIFY PLAN

I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Modify Plan and respectfully request that the Order attached to the Motion be approved.

Dated: 09/04/2024

/s/   David M. Offen
Attorney for Debtor (s)
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA  19106
215-625-9600