**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| IN RE | : | Chapter 13 |
|  | : |  |
| Jeanette L. DelValle | : | No. 21-10448-AMC |
| Debtor | : |  |

**AMENDED CERTIFICATION OF SERVICE**

I, David M. Offen, Attorney for the above named Debtor hereby certifies that a true and correct copy of the Supplemental Application for Approval of Counsel Fees was served on the Standing Trustee by electronic mail, upon the Debtor by first class mail and a Notice of Application has been served upon all creditors by first class mail who have filed proof of claims and are listed on the claims register on October 23, 2024.

/s/ David M. Offen
David M. Offen
Attorney for Debtor