Certificate Number: 12433-PAE-DE-039029652

Bankruptcy Case Number: 21-10448



12433-PAE-DE-039029652

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 2, 2024, at 6:30 o'clock PM EDT, Jeannette Leisa Delvalle completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  November 4, 2024           By:   /s/Lisa Susoev

                                  Name: Lisa Susoev

                                  Title: Teacher