IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Jeanette L DelValle | : | No.  21-10448-amc |
| Debtor | : | |

CERTIFICATION OF NO RESPONSE TO
2nd SUPPLEMENTAL APPLICATION FOR COMPENSATION OF ATTORNEY FEES

I hereby certify that I have received no answer, objection or other responsive pleading to the 2nd Supplemental Application for Compensation of Attorney Fees and respectfully request that the Order attached to the Application be approved.

Dated:  11/14/2024

/s/  David M. Offen
Attorney for Debtor
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA  19106
215-625-9600