IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                : Chapter 13
                     :
Jeanette L. DelValle : No. 21-10448-AMC
       Debtor        :

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Supplemental Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Supplemental Counsel fees in the amount of $750.00 is allowed and shall be paid by the Chapter 13 Trustee to the extent there are funds available and consistent with the terms of the Modified Plan.

___Nov. 20, 2024___  _____
DATED                HONORABLE ASHELY M. CHAN
                     CHIEF UNITED STATES BANKRUPTCY JUDGE