United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10448-amc |
| Jeanette L DelValle | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 26, 2024 | Form ID: 138OBJ | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeanette L DelValle, 1378 Anchor Street, Philadelphia, PA 19124-1204 |
| 14585380 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 14588743 | + | American Honda Finance Corporation, c/o William E. Craig, Esquire, 110 Marter Ave, Suite 301, Moorestown, NJ 08057-3124 |
| 14585388 | + | Gateway One Lending & Finance, Attn: Bankruptcy, 160 North Riverview Dr. Ste 100, Anaheim, CA 92808-2293 |
| 14589098 | + | Manufacturers ad Traders Company, c/o Rebecca Solarz, KML Law Group, P.C., 701 Market Street, Suite 5000, Phila., PA 19106-1541 |
| 14825612 | + | Manufacturers and Traders Trust Company, c/o Jill Manuel-Coughlin, Powers Kirn, LLC, 8 Neshaminy Interplex, Suite 215, Trevose, Pa 19053-6980 |
| 14585395 | + | Paramount Capital Gr, Po Box 409, Conshohocken, PA 19428-0409 |
| 14585401 | | Temple Univeristy Physicians, P.O. Box 827783, Philadelphia, PA 19182-7783 |
| 14585402 | | Temple University Hospital, Broad & Ontario Streets, Philadelphia, PA 19140 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 27 2024 01:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 27 2024 01:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14588178 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 27 2024 01:33:00 | American Honda Finance Corporation, 3625 W. Royal Lane #200, Irving, TX 75063 |
| 14585379 | + | Email/Text: EBNProcessing@afni.com | Dec 27 2024 01:33:00 | Afni, Attn: Bankruptcy, Po Box 3097, Bloomington, IL 61702-3097 |
| 14599013 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2024 01:45:32 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14585381 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 27 2024 01:33:00 | Bank of America, P.O. Box 2240, Brea, CA 92822 |
| 14585384 | | Email/Text: megan.harper@phila.gov | Dec 27 2024 01:33:00 | City of Philadelphia, Law Dept Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14601056 | | Email/Text: megan.harper@phila.gov | Dec 27 2024 01:33:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14585382 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2024 01:45:35 | Cbusasears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14585383 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 21-10448-amc    Doc 91    Filed 12/28/24    Entered 12/29/24 00:28:10    Desc Imaged
                                Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 26, 2024 | Form ID: 138OBJ | Total Noticed: 39 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 27 2024 01:45:35 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14585385 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 27 2024 01:33:00 | Eos Cca, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 14585387 | | Email/Text: rj@ffcc.com | Dec 27 2024 01:33:00 | First Federal Credit & Collections, 24700 Chagrin Blvd, Suite 205, Cleveland, OH 44122 |
| 14585386 | + | Email/Text: bnc-bluestem@quantum3group.com | Dec 27 2024 01:33:00 | Fingerhut, Bankruptcy Dept, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14585389 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 27 2024 01:33:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14599012 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2024 01:45:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14585390 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2024 01:45:34 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 14605603 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 27 2024 01:33:00 | MANUFACTURERS AND TRADERS TRUST COMPANY, c/o Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 14588896 | ^ | MEBN | Dec 27 2024 01:32:30 | MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14585391 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 27 2024 01:33:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14585392 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 27 2024 01:33:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14585394 | + | Email/PDF: cbp@omf.com | Dec 27 2024 01:34:17 | OneMain Financial, Attn: Bankruptcy Department, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 14585396 | ^ | MEBN | Dec 27 2024 01:32:27 | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14585397 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2024 01:45:32 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14597674 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2024 01:45:35 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14597693 | | Email/Text: bnc-quantum@quantum3group.com | Dec 27 2024 01:33:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14589562 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 27 2024 01:33:00 | Santander Consumer USA Inc., as servicing agent for Northwest, Federal Credit Union, P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14585399 | + | Email/Text: bankruptcy@sw-credit.com | Dec 27 2024 01:33:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14603191 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 27 2024 01:34:04 | Synchrony Bank by AIS InfoSource LP, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 14589642 | + | Email/Text: bncmail@w-legal.com | Dec 27 2024 01:33:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14585400 | + | Email/Text: bncmail@w-legal.com | Dec 27 2024 01:33:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |

TOTAL: 30

# BYPASSED RECIPIENTS

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 26, 2024 | Form ID: 138OBJ | Total Noticed: 39 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14585393 | *+ | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14585398 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14601433 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2024                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Jeanette L DelValle dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK  FSB bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK  FSB bkgroup@kmllawgroup.com |
| HARRY B. REESE | on behalf of Creditor MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK  FSB bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK  FSB bankruptcy@powerskirn.com |
| KARINA VELTER | on behalf of Creditor MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK  FSB karina.velter@powerskirn.com, bankruptcy@powerskirn.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor American Honda Finance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 9

*Form 138OBJ* (6/24)−doc 90 − 89

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Jeanette L DelValle ) | Case No. 21−10448−amc |
|    aka Jeanette Morales ) | |
| ) | |
|    Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: December 26, 2024            For The Court

                                                                 Timothy B. McGrath
                                                                 Clerk of Court